FILED
United States Court of Appeals
Tenth Circuit

March 17, 2020

Christopher M. Wolpert
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

NEW MEXICO FARM AND LIVESTOCK BUREAU; NEW MEXICO CATTLEGROWERS' ASSOCIATION; NEW MEXICO FEDERAL LANDS COUNCIL,

    Plaintiffs - Appellants,

v.

UNITED STATES DEPARTMENT OF INTERIOR; RYAN ZINKE, in his official capacity as Secretary of the United States Department of Interior; UNITED STATES FISH AND WILDLIFE SERVICE; DANIEL M. ASHE, in his official capacity as Director of the United States Fish and Wildlife Service,

    Defendants - Appellees,

and

CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE,

    Intervenor Defendants - Appellees.

No. 17-2211
(D.C. No. 2:15-CV-00428-KG-CG)
(D. N.M.)

_____

**JUDGMENT**
_____

Before **LUCERO**, **HARTZ**, and **MATHESON**, Circuit Judges.
_____

This case originated in the District of New Mexico and was argued by counsel.

The judgment of that court is reversed. The case is remanded to the United States District Court for the District of New Mexico for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk